NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SOLAS OLED LTD.,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2022-1309

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01668.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    SOLAS OLED LTD. v. VIDAL

(2)  Each side shall bear their own costs.

FOR THE COURT

July 18, 2022
     Date                    /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court

**ISSUED AS A MANDATE:** July 18, 2022